The People of the State of New York ex rel. Joseph E. Brady v. James C. Cropsey, etc.— Motion granted on terms stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Henry Prince v. Ely J. Rieser.— Motion granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Robert Vandyke v. James N. Webb, as Surviving Executor.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Mary C. Smedley v. William F. Schneider, etc.— Motion denied, without costs. Memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Sophie R. H. Levy, as Executrix, v. Commercial Trust Company of New York.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Metropolitan Life Insurance Company v. Hydrex Felt and Engineering Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Milton T. Loebl, an Attorney.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowlling and Hotchkiss, JJ.